UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARRETT CHAMBERS, by his guardian ad litem, PAMELA MCKEON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, P.O. KYLE FERREIRA, ABC CORP 1-3 (names being fictitious) and JOHN DOE 1-3 (names being fictitious),<br><br>Defendants. | Civil Action No. 11-cv-06994 (KSH)(CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a teleconference; and counsel for all parties having appeared on the teleconference; and for good cause shown;

**IT IS** on this 14th day of April, 2014, **ORDERED**:

1) Upon the request of Counsel, the in-person hearing scheduled for April 14, 2014 at 1:00 pm will be adjourned to April 30, 2014 at 10:30 am. There shall be no further adjournments.

2) All parties and counsel are directed to appear in person, except that the individual plaintiff that resides in Nevada shall be permitted to appear by phone upon the submission of an affidavit setting forth the basis for the hardship to be experienced if compelled to attend the conference in person. This affidavit must be filed via ECF no later than April 23, 2014.



_____
**CATHY L. WALDOR**
**UNITED STATES MAGISTRATE JUDGE**