UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARRETT CHAMBERS, by his guardian ad litem, PAMELA MCKEON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, P.O. KYLE FERREIRA, ABC CORP 1-3 (names being fictitious) and JOHN DOE 1-3 (names being fictitious),<br><br>Defendants. | Civil Action No. 11-cv-06994 (KSH)(CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court; and for good cause shown;

**IT IS** on this 26th day of June, 2014

**ORDERED THAT** this Court's Report and Recommendation approving the Settlement in this case issued on February 4, 2014 (Docket Entry No. 68) is hereby vacated and an Amended Report and Recommendation shall be issued; and it is further

**ORDERED THAT** the Clerk shall terminate Docket Entry No. 68.

_____
CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE